JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United African Asian Abilities Club et al., | Case No. CV 20-00911-AB (RAOx) |
| Plaintiffs, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| Vida Elegante LLC, et al., | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.

1.

1    　　　　This Court retains full jurisdiction over this action and this Order shall not

2    prejudice any party to this action.

3

4    Dated:  June 30, 2020        _____

5    　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.

6    　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28