1

2

3

4

5

6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

7

8

9

10

11

12

13

14

15

16

17

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; ANNA MARIE WIGGINS, An Individual, ON BEHALF OF ROBERT AARON MCKISSICK, | Case No: 2:20cv00911 AB (RAOx) |
| **Plaintiffs,** | ~~[PROPOSED]~~ **ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| v. VIDA ELEGANTE LLC; and DOES 1 THROUGH 10, Inclusive | [Fed. R. Civ. P. Rule 41(a)(1)(ii)] |
| **Defendants** | |

18   Based on the Joint Stipulation for Dismissal With Prejudice submitted by the

19   parties herein, and for good cause shown, this Court hereby **DISMISSES with**

20   **prejudice** all Defendants from Plaintiffs' Complaint and dismisses with prejudice

21   Plaintiffs' complaint in its entirety.  Each of the parties herein shall bear their own

22   respective attorneys' fees and costs.

23   **IT IS SO ORDERED.**

24

25   Dated:  September 24, 2020

26   By: _____

27   Hon. André Birotte United States District Judge

28

1